No. 73–205. Floyd et al. v. United States. C. A. 10th Cir. Motion of Oklahoma Lawyers Guild for leave

to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.